IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION: 1:20-00049-KD-B |
| | ) |
| CHRISTOPHER DANIEL ANDREWS, | ) |
|     Defendant. | ) |

**ORDER**

This action is before the Court on Christopher Daniel Andrews (Andrews)' Motion to have his state and federal sentence "run concurrent" (to modify his sentence). (Doc. 82).

In the motion, Andrews alleges[1] that he was arrested by the State of Alabama on December 19, 2019, and charged with Assault, 3rd Degree. (Doc. 61 at 13). On February 7, 2020, Andrews was arrested by the U.S. Marshal and brought before this Court on a *writ of habeas corpus ad prosequendum* from state custody. (Docs. 5, 7). On February 27, 2020, Andrews was indicted for assaulting a federal employee in violation of 18 U.S.C. §111(a)(1) and (b) (Count 1). (Doc. 19). After delays for psychiatric evaluations and Covid 19, on January 28, 2022, Andrews was sentenced to a term of imprisonment of 63 months and three (3) years of supervised release as to Count 1, with credit for time in custody since December 19, 2019. (Doc. 80). Andrews' sentence was not imposed to serve concurrent with any state sentence. (Id.) Andrews returned to state custody for disposition of the pending charge of Assault, 3rd Degree. According to Andrews' current motion, he was sentenced to seven (7) months for the state case. (Doc. 82). At some point, Andrews was taken into federal custody, and he is now at FCI Jesup in Jesup, Georgia.

Andrews moves this Court to either modify his federal sentence to serve concurrent with his seven (7) month state sentence or to "call whoever it takes to get" his state sentence "ran concurrent" with his federal sentence. (Doc. 82). Andrews alleges that his sentence for Assault, 3rd Degree is his only state sentence that was not imposed to serve concurrent with his federal sentence. (Id.) Andrews

---

[1] The Court reviewed the state court records available on AlaCourt and was unable to locate a 2019 arrest for Assault, 3rd Degree.

argues that concurrent sentences would remove seven months from his federal sentence. (Id.) At present, his release date is December 27, 2024.

The Court lacks authority to grant the relief that Andrews seeks. As to Andrews' federal sentence, the "[f]ederal courts are forbidden, as a general matter, to 'modify a term of imprisonment once it has been imposed,' 18 U.S.C. § 3582(c); but the rule of finality is subject to a few narrow exceptions." Freeman v. United States, 564 U.S. 522, 526 (2011), *holding modified by* Hughes v. United States, 138 S. Ct. 1765 (2018). Section 3582(c) states that an imposed term of imprisonment may be reduced when there are "extraordinary and compelling reasons [that] warrant such a reduction" or "the defendant is at least 70 years of age" and certain factors are met. 18 U.S.C. § 3582(c)(1)(A)(i) & (ii). The Court "may modify an imposed term of imprisonment" if a statute expressly permits the modification, or by way of Rule 35 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3582(c)(1)(B). The Court may modify an imposed term of imprisonment when the defendant's "sentencing range has subsequently been lowered by the Sentencing Commission," and certain other factors are met. 18 U.S.C. § 3582(c)(2). However, the grounds alleged in Andrews' motion are not within the purview of any statute or rule that provides for modification or reduction of a federal sentence. Accordingly, Andrews' motion does not support modification of his federal sentence.

As to Andrews' request that this Court "call whoever it takes to get" his state sentence "ran concurrent" with his federal sentence, this Court has no authority to act on his behalf. Moreover, in this circumstance, this Court has no authority over the state court judge who imposed his seven (7) month sentence.

Thus, upon consideration and for the reasons set forth *supra*, it is **ORDERED** that Andrews' Motion (Doc. 82) is **DENIED.**

**DONE** and **ORDERED** this **7th** day of **February 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**